JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-2254-JFW(PLAx)** | Date: September 8, 2022 |
| Title: | Rock On Films, Inc., et al. -v- Cecily Gambrell, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**      **ORDER OF DISMISSAL**

     In the Response to the Order to Show Cause filed on September 7, 2022, Docket No. 23, the plaintiffs represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before October 7, 2022. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until October 7, 2022. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr