**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 22-2254-JFW(PLAx)**                                    Date:  January 4, 2023

Title:        Rock On Films, Inc., et al. *-v-* Cecily Gambrell, et al.

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                                        **None Present**
        **Courtroom Deputy**                                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                          None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER GRANTING MOTION TO ENFORCE**
                                                                **SETTLEMENT AGREEMENT**
                                                                **[filed 12/15/2022; Docket No. 28]**

        On December 15, 2022, Plaintiffs Rock On! Films, Inc. and Joe Eckardt ("Plaintiffs") filed a Motion to Enforce Settlement Agreement.  Defendants Cecily Gambrell and 17 Mile Drive Entertainment (collectively, "Defendants") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for January 23, 2023 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

        Pursuant to Local Rule 7-9, Defendants were required to file and serve their Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or January 3, 2023.  *See* Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  *See* Local Rule 7-12.  Defendants did not file an Opposition or Notice of Non-Opposition on or before January 3, 2023.  Pursuant to Local Rule 7-12, the Court deems Defendants' failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Plaintiffs' Motion to Enforce Settlement Agreement.

        Accordingly, Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED**. Defendant Cecily Gambrell shall comply with all material terms of the Settlement Agreement, including those related to changing her name, within seven (7) days and provide proof of completion to Plaintiffs' counsel within that same time period.  In addition, Defendant Cecily Gambrell is ordered to pay Plaintiffs the amount of $2,500.00 as damages and $5,355.00 for reasonable attorneys' fees pursuant to the terms of the parties' Settlement Agreement.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr__