Keith Fichtelman (SBN 262476)
**NELSON COMIS KETTLE & KINNEY LLP**
5811 Olivas Park Drive, Suite 202
Ventura, California 93003
Telephone: 805.604.4100
Facsimile: 805.604.4150
Email: kfichtelman@calattys.com

Attorneys for Plaintiffs
ROCK ON! FILMS, INC.;
JOE ECKARDT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK ON! FILMS, INC., a New York Corporation; JOE ECKARDT, an Individual;<br><br>    Plaintiffs,<br><br>  v.<br><br>CECILY GAMBRELL, an Individual; 17 MILE DRIVE ENTERTAINMENT, an Unknown Entity Type;<br><br>    Defendants. | Case No.:  2:22-cv-2254-JFW-PLA<br><br>**STIPULATION RE: ACCORD AND SATISFACTION OF ORDER AND AMENDMENT TO SETTLEMENT AGREEMENT**<br><br>Action Filed: April 4, 2022<br>Trial Date: Not Set |

Plaintiffs Rock On! Films, Inc. and Joe Eckardt (collectively "Plaintiffs") and Defendants Cecily Gambrell and 17 Mile Drive Entertainment (collectively "Defendants") hereby agree as follows:

**WHEREAS,** the Parties entered into a Settlement Agreement on or about August 24, 2022;

**WHEREAS,** pursuant to Section I.1 of the Settlement Agreement Plaintiffs were to pay certain amounts to one or more Defendants prior to an Assignment of Copyright becoming effective;

**WHEREAS**, Plaintiffs maintained that Gambrell partially breached the Settlement Agreement and subsequently, Gambrell was ordered by the Court on or about January 4, 2023, to pay to Plaintiffs $7,855 in damages and attorneys' fees.

**WHEREAS,** the Parties wish to resolve and offset these payments owed between them.

**WHEREAS,** the Parties intend for all other requirements of the Settlement Agreement, other than those specifically addressed herein, to remain effective and enforceable.

**THEREFORE**, the Parties hereby agree and stipulate as follows:

Defendants waive any right to payment under Section I.1 of the Settlement Agreement and agree that the previously executed Assignment of Copyright concerning a work entitled *I Ride Alone*, Copyright Registration No. Pau003679516, which consists of a "page one" rewrite of a previous script entitled *I Ride Alone*, is immediately effective.

Plaintiffs waive any further right to payment of the $7,855 in fees and damages ordered the Court on January 3, 2023, and agree that all obligations to make such payments are satisfied by the Defendants' release of any right to payment under Section I.1 of the Settlement Agreement.

**IT IS SO STIPULATED:**

DATED: February 6, 2023　　　　　Rock On! Films, Inc.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Joe Eckardt

DATED: February 6, 2023　　　　　Joe Eckardt, in his individual capacity

DATED: February 6, 2023　　　　　Cecily Gambrell, in her individual capacity

　　　　　　　　　　　　　　　　　_____

DATED: February 6, 2023　　　　　17 Mile Drive Entertainment

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Cecily Gambrell

**IT IS SO STIPULATED:**

DATED: February 6, 2023                Rock On! Films, Inc.

By: _____
Joe Eckardt

DATED: February 6, 2023                Joe Eckardt, in his individual capacity

_____

DATED: February 7, 2023                Cecily Gambrell, in her individual capacity

*[signature]*

DATED: February 7, 2023                17 Mile Drive Entertainment

By: *[signature]*
Cecily Gambrell